# DESMARAIS LLP

www.desmaraisllp.com

| | | |
|---|---|---|
| 230 Park Avenue<br>New York, NY 10169 | Jon T. Hohenthaner<br>Direct: 212-351-3409<br>jhohenthaner@desmaraisllp.com | P: 212-351-3400<br>F: 212-351-3401 |

June 4, 2012

**Via Facsimile (212-805-7920)**

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

> Request granted. Defendant's motion to dismiss is denied as moot and the Clerk is directed to close the motion. [Docket Nos. 13-14]
>
> So Ordered.
>
> /s/ Shira A. Scheindlin
> Shira A. Scheindlin
> U.S.D.J.
>
> June 4, 2012

Re:   *IP Venture, Inc. v. IBM Corporation*
      Civil Action No. 1:12-cv-00418-SAS

Dear Judge Scheindlin:

    We represent Defendant IBM Corporation in the above-captioned matter. IBM hereby withdraws as moot its Motion to Dismiss (Dkt. Nos. 13-14), in view of IP Venture's June 1, 2012, Second Amended Complaint. Should the Court require any additional information, please do not hesitate to contact us.

Very truly yours,

Jon T. Hohenthaner

Enclosure

cc:   Paul H. Kochanski (counsel for Plaintiff IP Venture, Inc.)
      via email: pkochanski@ldlkm.com; and facsimile: 908-654-7866

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/12